# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CASE NO.: 3:09-bk-1844

IN RE:

    Robin L. Wilson,

    Debtor
_____/

    Robin L. Wilson,

    Plaintiff,

v.

    First Florida Credit Union f/k/a
    Seaboard Credit Union, Williams
    Gautier, Gwynn, Deloach & Sorenson, P.A.,

    Defendants.
_____/

Adv. No. 3:09-ap-0

## FIRST FLORIDA CREDIT UNION F/K/A SEABOARD CREDIT UNION'S ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW the Defendant, First Florida Credit Union f/k/a Seaboard Credit Union ("FFCU") by and through its undersigned attorneys and hereby responds to Plaintiff's Complaint as follows:

    1.    Admitted.

    2.    Admitted.

    3.    Admitted.

    4.    Admitted.

    5.    Admitted.

    6.    Admitted that Defendant is in the banking industry. Denied as to the remainder of paragraph 6.

7. Without knowledge.

8. Admitted.

9. Without knowledge.

10. Admitted.

11. Without knowledge.

12. Without knowledge.

13. Without knowledge.

14. Without knowledge.

15. Without knowledge.

16. Denied.

17. Denied.

18. Denied.

19. Without knowledge.

20. Without knowledge.

21. Without knowledge.

22. Without knowledge.

23. Without knowledge.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Without knowledge.

29. Without knowledge.

30. Without knowledge.

31. Without knowledge.

32. Without knowledge.

33. Without knowledge.

34. Without knowledge.

35. Without knowledge.

36. Without knowledge.

37. Without knowledge.

38. Without knowledge.

39. Denied.

40. Denied.

41. Without knowledge.

42. Defendant readopts and realleges its responses to paragraphs 1-41.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

## AFFIRMATIVE DEFENSES

1. Defendant affirmatively alleges that it did not receive actual or proper notice of the Plaintiff's bankruptcy filings or the Bankruptcy Discharge Order.

2. Defendant affirmatively alleges that there was no suggestion of bankruptcy filed in the civil collections action which would give Defendant notice of the Plaintiff's Bankruptcy filing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to the following: KEITH D. COLLIER, ESQ., 2350 Park Street, Jacksonville, Florida 32204 and JASON A. BURGESS, ESQ., 1176 Edgewood Avenue South, Ste 7, Jacksonville, Florida 32205.

DENNIS R. O'CONNOR, ESQ.
Florida Bar No. 376574
COONEY, MATTSON, LANCE, BLACK-
BURN, RICHARDS & O'CONNOR, P.A.
111 North Orange Avenue, Suite 850
P.O. Box 4850
Orlando, Florida 32802-4850
(407) 843-2100 Telephone
(407) 843-2061 Facsimile
Attorney for Defendant, FIRST FLORIDA